LAW OFFICES OF GAMBINO & DEMERS LLC

222 CHURCH STREET                                          PHONE (845) 473-0427
POUGHKEEPSIE, NEW YORK 12601  (MAILING ADDRESS)            FAX (845) 473-0428

37 FAIR STREET
CARMEL, NEW YORK 10512

THOMAS M. GAMBINO, ESQ.                    TGAMBINO.GAMBINODEMERS@GMAIL.COM
KIM P. DEMERS, ESQ.                        KDEMERS.GAMBINODEMERS@GMAIL.COM

June 3, 2022

Hon. Vincent L. Briccetti
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

Re:    **Lewis v. Westchester County, et al - Docket #: 20-cv-9017 (VB)**

Dear Judge Briccetti:

As directed by the Court, counsel have conferred and jointly submit a proposed discovery plan and scheduling order for the Court's review.  Thank you for your consideration.

Very truly yours,

*/s Thomas M. Gambino*

Thomas M. Gambino, Esq. (TG6332)

c:    Loren Zeitler, Esq. – via ecf

1